# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 11-540
### consolidated with 11-539

**CITY OF ALEXANDRIA AND JACQUES ROY,
IN HIS CAPACITY AS MAYOR**

**VERSUS**

**ROOSEVELT JOHNSON, INDIVIDUALLY AND
AS PRESIDENT OF ALEXANDRIA CITY COUNCIL**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 240,471
HONORABLE GEORGE C. METOYER JR, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**PHYLLIS M. KEATY
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Sylvia R. Cooks, James T. Genovese, and Phyllis M. Keaty, Judges.

**REVERSED AND REMANDED.**

**Malcolm X. Larvadain
Attorney at Law
626 Eighth Street
Alexandria, Louisiana 71301
(318) 445-3533
Counsel for Plaintiff/Appellee:
      Tiffany N. Sanders**

**Steven M. Oxenhandler**
**Samuel N. Poole, Jr.**
**Joseph H. L. Perez-Montes**
**Michael J. O'Shee**
**Gold, Weems, Bruser, Sues & Rundell**
**Post Office Box 6118**
**Alexandria, Louisiana  71307-6118**
**(318) 445-6471**
**Counsel for Intevenors/Appellants:**
        **City of Alexandria**
        **Jacques M. Roy, Mayor**

**Winston G. DeCuir**
**Decuir, Clark & Adams**
**732 North Boulevard**
**Baton Rouge, Louisiana  70802**
**(225) 346-8716**
**Counsel for Defendants/Appellants:**
        **Dr. Ronald Mason  Jr.**
        **Southern University A & M System**

**Thomas D. Davenport, Jr.**
**The Davenport Firm**
**1628 Metro Drive**
**Alexandria, Louisiana  71301**
**(318) 445-9696**
**Counsel for Defendant/Appellee:**
        **Alexandria Civil Service Commission**

**KEATY, Judge.**

For the reasons set forth in the companion case in this consolidated matter, *Tiffany N. Sanders v. Alexandria Civil Service Commission, et al.*, 11-539 (La.App. 3 Cir. ___/___/11), ____ So.3d ____, we reverse the judgments rendered on February 4, 2011 and February 14, 2011, and we remand these matters to the trial court for further proceedings consistent with this opinion. All costs are to be shared equally by the parties to this appeal.

**REVERSED AND REMANDED.**